Mr. Wall, plaintiff. Thank you. Good morning. If I could reserve four minutes of my time. All right. May it please the Court, Michael Wall on behalf of the Appellant Southern Electrical Retirement Fund, or SERF. SERF is a Taft-Hartley benefit fund that is jointly administered by representatives of labor and management. It receives contributions from employers who sign on to a collective bargaining agreement, and one of those contributing employers is the Appellee Howard Electrical Contracting. In 2011, or excuse me, 2001, the company fell behind in its contributions and SERF had to file a lawsuit to collect those, and that allowed the company on an ongoing basis to make timely reports and contributions in accordance with ERISA. In 2014, the company once again fell behind and SERF had to file the present lawsuit. Now, as is often the case when a matter gets this far, the company kind of ignored the legal proceeding. It didn't answer the complaint or respond to any of the motions or orders or send someone to a deposition. And that's why it's important for a fund like SERF to have the option of seeking civil contempt against the corporate officers and agents in a case like this, because that sends a message to a human decision-maker that the company has to take the matter seriously and comply with what it's agreed to do. And in fact, the district court did hold the president of Howard Electrical Contracting, Michelle Howard, in civil contempt once and actually issued a bench warrant for her arrest, which quickly caused the account to come up to date. The problem is that the last time SERF moved for a show-cause hearing against Ms. Howard, the district court said that it wouldn't consider doing that and would not convene a hearing because, and this was the only reason given, that Ms. Howard was not a named party in the litigation or in the original case that resulted in the injunction. That, we believe, is legal error under this court's report of decision in Gary's Electrical Service. In Gary's Electrical Service, the court held that a non-party corporate officer is subject to civil contempt sanctions for not causing the company to make required contributions to a Taft-Hartley fund. So it was really the exact same situation we have here. And the court had two main reasons for holding that. The first is the language of Federal Rule of Civil Procedure 65D, which says that every injunction automatically binds not only the parties to the case, but also their agents and officers. And so that would include a corporate officer like Ms. Howard. And even before Rule 65, the United States Supreme Court held in Wilson v. United States essentially the same thing, that a corporate officer is bound by an injunction directed at the corporation and can be held in civil contempt for not causing the corporation to follow the injunction. So that is really well-settled law, we believe, and applies directly to this situation. Well, Howard Electric's argument, as I understand it, is that Gary's Electric and Gash, or however you say that, are distinguishable because in that case you were enforcing an injunction in the docket in which it was obtained, and here you filed a new action. So I'm just fascinated as to why did you file a new action as opposed to an additional proceeding in the former action? I believe that is their argument, and I did not do it, but I think the reasoning was that the district judge who typically handled these cases at the time expressed a preference for funds like SURF doing it that way. In this case, there had been a lot of time elapsed between the original case and the second one, and the judge who issued the injunction in the original case had retired, so there really wasn't a way to get it back to him since he was most familiar with the case. So either way you went, it was going to get randomly assigned to a new judge, and there really wasn't any kind of benefit from doing it that way. But I think that is Howard Electric Company's argument. This court, to my knowledge, has not specifically addressed that procedural issue, but the Third Circuit Court of Appeals has in the independent enterprises case, which we cited in our reply brief. And what it held there in a footnote was that one of the arguments had been, one of the statements by the district court had been that the party seeking contempt should have tried to reopen the original case as opposed to filing a new case with a new docket number. And the Court of Appeals said, that doesn't really make a difference. You're doing the same thing. We're not going to let that procedural issue really stand in the way of you getting the remedy you're entitled to, especially when the district judge has retired and there's no even practical benefit to trying to reopen the original case. And so we believe that's the only appellate authority that's directly on point, and that would suggest that we've not done anything wrong. The company has not cited any authority that says that we're not allowed to do it the way we did it. There is authority saying that a district court should not require a party to file a new case to seek to enforce an injunction from the original case, but they don't cut off the possibility of doing that if that's what the party wants to do. So we don't think that really distinguishes Gary's Electrical Service in any meaningful way from this case. So that is essentially our position that Gary's principled way, and that therefore the district court should have allowed a show-cause hearing. We're not asking this court to hold Ms. Howard in civil contempt. We just want the opportunity to make our case to the district court at a show-cause hearing. What remedy would you be seeking at the show-cause? Well at a minimum, we'd be seeking service attorney's fees and expenses that were caused by having to pursue the collection matter when the company failed to live up to the recognized damage in a civil contempt proceeding. So I don't know the amount of that. We never got that far, but certainly under the court's precedence, we were entitled to seek that in civil contempt. So Howard Electric has now made the payments and the only thing at issue are the attorney fees and costs? As of today, Howard Electrical Contracting is current. So the only thing to be recovered is that. But every month, the bill comes due for the contributions. So for the month of And we don't know whether the company will make that timely or not. There's certainly a documented history of the company not being current with its reports and contributions. But that would relate to the preexisting permanent injunction. Well that was one in 2001. And then since the case was, this case was filed in 2014, there have been several, several instances. Right. But their obligation to pay has nothing to do with this case. It has to do with their Their obligation to pay comes really in two different ways. The one is that a collective bargaining agreement requires it and that can be enforced through ERISA. And so our complaint in this case has a freestanding ERISA claim under 29 U.S.C. section 1145. But the other obligation, it's the same obligation but it's a different source, is from the agreed permanent injunction. That's what I'm saying. You're not, your problem here isn't with the freestanding ERISA claim, right? It's with the refusal to hold her in contempt. That's right. The decision we're appealing from really just deals with the civil contempt part. I mean because it would seem to be a very easy matter to just resolve the attorney fees. Are you here to get the money or are you here so that if she falls into fault again, you can follow this course? It's both actually. So there is a liability for the attorney fees and whatever other expenses surface incurred because that money has to be taken out of the pot to pay benefits. It either has to be made up by other employers or just comes out of the money available to pay benefits. So that's, the trustees have a fiduciary duty to seek money like that that's owed to the fund. But the other part of it is yes, there's a reasonable basis to suspect that this situation may come up again. And if it does, the status in the district court right now is that we're not allowed to seek civil contempt against a human decision maker at the company. And you can get all the remedies and orders you want against the corporation, but as we've seen time and time again, that only gets you so far if nobody's going to pay attention to them. And so the civil contempt remedy is sometimes, and maybe in this case, the most important remedy you can get because it actually gets somebody's attention. Well, if you pursue the case that you filed right now, you can presumably get yet another injunction in this docket for which then you could later seek to hold the company and an officer in contempt. You just want to be able to hold them in contempt in the old one in the meantime. That's right, because we've already gotten that injunction. So in this case, we pled it both ways. We have a freestanding ERISA claim and we can get damages and liquidated damages in theory if the company actually has assets and we can collect them through that way. But as far as the injunction goes, we've really already gotten that relief in the first case. That gets us as far as we need to go. We just need to enforce it. Has the company denied that they were in contempt of the earlier injunction on numerous occasions as opposed to whether you're pursuing it the correct way here? I don't think so. Again... What about the attorney fees? Do they deny that you incurred attorney fees in trying to force them to pay that then generally gets them eventually to pay? I don't believe so. The company hasn't filed anything in the district court. It's completely ignored all the filings. So there are no statements on behalf of the company in the district court. On appeal, Howard Electrical has not denied that we would have incurred expenses, nor has it denied that contempt occurred. I may want to deny that, but it has not done so, so far. I think their position, if I may be allowed to characterize it, really is what you said, Judge McKeague, is just that there's a procedural difference here and that supposedly CERF made a mistake by not trying to reopen the original case as opposed to filing a new case. And again, I don't think there's really any authority for that. And the only circuit level precedent that I've found from the Third Circuit says that it's actually permissible to do what CERF did. Unless the court has any other questions, I'll yield the remainder of my time. All right. Thank you. Good morning, Your Honors. Elizabeth Holt here on behalf of the O'Pelley Howard Electrical. We are of the position that the district court was correct in denying the motion for show cause against Michelle Howard as a corporate officer. We assert that it was inappropriate procedure for CERF to file an appeal or a motion for show cause against Howard Electrical, who was a non-party corporate officer, to enforce a judgment from a previous lawsuit in the current lawsuit in which they do not actually have a judgment rendered against Howard Electrical. Could we unpack that just to make sure we keep it clear? Absolutely. This idea that you can't proceed against a corporate officer, assuming that you're foreclosed by our precedent? There's no question about that. So this issue that you can't go against the president of Howard, you're conceding they can proceed, assuming they do it correctly, to hold her in contempt for the failure of Howard Electric to pay? Correct. If they find Howard Electrical was actually in contempt of the permanent injunction in following proper procedures, which they have not done. Let's assume that they haven't done it yet, but is there actually an issue in this case as to whether Howard Electric has routinely failed to pay and not paid until they were sued? There is past history in regards to whether or not they had been in contempt. Currently they are not. They are in compliance. And as I pointed out to opposing counsel last week, this is not going to be a reoccurring issue any longer as Howard They have gone completely out of business. Therefore, any issue in regards to any potential liability in regards to a violation of a permanent injunction or an order of judgment by the court is no longer valid. So it just comes down to what, these attorney fees? That's exactly what they're trying to get. This is nothing but an attempt for attorney's fees to enforce a permanent injunction that's not even in the right case. Our position, he makes the statement that there's no case law that supports our transportation. The court made it clear in that case. There's two remedies in regards to enforcing a consent decree. There's the ability to file under the original civil contempt action or the original action for civil contempt. Or you may choose to file a new lawsuit to file a consent decree. What was that case? Malone v. DOT Department. So you're relying upon a Northern District of Illinois District Court case. Correct. But the point is the case isn't binding on us. I understand that. Why would it even be persuasive? Well, the reason why we're persuasive is because in this case they actually lay out the different rules in regards to civil contempt and that it provides a prompt remedy for future violations, whereas a new lawsuit actually provides additional benefits to both parties, both procedurally as well as for rights and remedies for the parties. And so our position is similar to what Malone stated in that by filing the new remedy of the civil contempt action and instead have started the new lawsuit in which all parties are required to follow different procedural requirements. Why have they foregone anything? Why couldn't they simply sue you under the old docket today? They absolutely could. So if they could, then why are we spending all of this time and energy and money in fighting over whether it's got the right caption number on it? I'm just missing something here. Because in this case there's not a judgment. Our assertion here is that SIRF did not file in their complaint as they assert to enforce the original permanent injunction. Let me be more specific. You've got two cases, the one that's the final judgment and has injunction belief in it. You've got this one that is in its preliminary stages. Correct. If you concede that they could do what they're trying to do now by simply reopening the earlier case, they're not barred from that by anything you can think of, right? Passage of time doesn't mean you can't reopen it. So if they could do that, the fact that you think they're doing it the wrong way here because they're seeking to enforce a prior injunction in a current case, what difference does it make? Even if you're right, why should we rule in your favor? What are we accomplishing by saying they can't do it this way, they have to do it the other way when it seems to be one and the same to me? Well, my position on that would be that the law provides in United States v. William that, you know, in adjudicating of a case, an entry of default isn't that. Well, I understand your position and your statement that they could go into the new lawsuit or the previous lawsuit, file the contempt, and proceed in attempt to get a finding. Our assertion here is that it's moot. They're not in contempt. They are in compliance with reports and contributions. Furthermore, they're no longer operational. But they were in contempt because they didn't pay. They brought it current. And let's assume that moots the issue of further enforcement of making timely contributions because you're out of business. Part of the damages that they say they incurred by you're not paying is they had to sue you and they incurred attorney fees. So why can't they enforce that? Why shouldn't they be able to enforce that in this docket as opposed to reopening the other docket? What difference does that make? My position on that would be that by filing the new lawsuit, they've brought in additional issues that need to be addressed, including their allegation that there was a conclusionary. Let me back up and state. There's only a conclusionary statement in the complaint that Howard Electrical failed to comply. There is no evidence in the complaint that supports that statement. Were they able to comply? I was not representing them at that time. All I know is that currently they are in compliance. They became in compliance. And once they became in compliance, the issue was no longer moot. Does the complaint rely on the prior lawsuit? Does the complaint recite that there was a prior lawsuit that resulted in a permanent injunction and that the defendant has violated the permanent injunction by not making the payments? The complaint attaches the copy of the permanent injunction from the prior lawsuit by reference and makes a generalized statement that Howard Electrical failed to make reports and contributions under 29 U.S.C. 1145. It does not make a statement that they are in violation of the permanent injunction. It does not make a statement that they are seeking civil contempt. The appellates in the reply brief actually acknowledge that on page three, that they did not seek civil contempt in their original pleading. So they are making an assumption that Howard Electrical would be under the understanding that by filing an attachment or an exhibit as an attachment to the complaint that the understanding was that they were seeking to enforce that judgment in the previous 2001 lawsuit. But you never got to that in this proceeding because the new district judge said that because the president was not a party to the first case, you can't proceed against the president. So you only get to the issues you're raising once we get by that. We either agree with Judge Friedman or we don't, right? Correct. And our position as well is in regards to the civil contempt or the motion for show cause, that that was also inappropriately filed because that's against Michelle Howard as a corporate officer. They have not filed anything against Howard Electrical finding them in civil contempt. And one of the main steps to be able to pull a corporate officer in as civil contempt is a finding by the corporation that they are in violation of some order of this court, which we do not have. And there was no motion for show cause trying to find that against Howard Electrical. They stand for the proposition that Gary Electric falls directly under and is very applicable to this case. Our position is that it is not, that it is distinguishable. Why? Because under Gary Electric, they filed under the original lawsuit, a judgment against the corporation. Then when the corporation failed to comply with the judgment, they filed for contempt, not only against the corporate officer, but also against the corporation. And the court found against the corporation. I'm just trying to figure out. I take it you've never answered this case, right? We were not able to answer the case. I understand. So we don't really know what your position is in terms of looking at an answer. But I'm just trying to find out from you, do you dispute that the corporation was in contempt repeatedly here? Not the question of whether you cured it by making the payment late. But I didn't, when I read this, it just didn't seem like there was even an issue about whether you repeatedly, contumaciously I'll add, didn't make the payments on time. My understanding, let me back up and say, because the complaint doesn't provide what time frame they are seeking, that they are in noncompliance. I cannot correctly answer you thoroughly on the exact details of whether or not they were or were not in compliance. What I can say is that we were retained by Howard Electrical to assist with them in collecting funds and allowing them to become in compliance and collect and make payment in requirements under 29 U.S.C. 1145. Haven't you guys used up more than the $6,000 in attorney fees fooling around with this appeal? You know, I'll be honest with you, Your Honor, this is nothing but for attorney's fees. Why don't you guys just sit down and settle the attorney fees? You know, we tried to get this appeal dismissed when we found out Howard Electrical was no longer in operation. Instead, we were informed that, you know, our position is they weren't entitled to attorney's fees just because they were seeking to enforce an injunction in the wrong case. And as a result, there's not an injunction against Howard Electrical here. So you're going to spend more than $6,000 fighting over that even though you sort of admit that if they were in the right docket, they could get the $6,000? Well, I wouldn't admit that. Assuming that they can prove up. I wouldn't admit that they actually could get it. What I am saying is that they could file a show cause hearing or a petition for contempt of court against Howard Electrical. Do you understand how silly this whole thing looks? I absolutely 100% agree with you that we should not be here today. This case should have never come before the Court of Appeals. What they should have done is followed the district court's order, filed a default judgment against Howard Electrical, and proceeded forward under that new docket number. They're the ones that chose to not file a contempt of court action in the original case and incur all these additional litigation and attorney's fees for what they allege is new allegations in which under a contempt of court action under the new docket number, they would still have been able and entitled to enforce. So you're saying eventually they sought civil contempt in this case, right? They are trying to, correct. Well, they did before the district judge. Correct. But our position there is that just because a district judge allowed actions to occur that are not in compliance with the rules of civil procedure, does that mean that they can continue to conduct those actions over and over again? I'm sorry. What did the judge allow that was incorrect? The judge allowed for a show cause order to be issued against Ms. Howard as the corporate officer when there was not a contempt of court action filed or a show cause filed against Howard Electrical as the corporation. Okay. Excuse me. If they had filed a complaint that recited that they already have a preliminary injunction and that the payments haven't been made and sought relief of contempt against the officer, what would be wrong with that? If it was a preliminary injunction under the new case, I don't believe there would be anything wrong if a preliminary injunction under the new case was issued and then they sought contempt of court. But we don't have a preliminary injunction here. Instead, we've got an attachment of an exhibit of an agreed order that's not being enforced. Okay. If they filed a complaint that said, we have obtained a permanent injunction in case number whatever, which is attached, it obligates the company to make these payments. The payments were not made on these dates and we seek as relief in order for them to pay and a show cause why the chief officer should not be held in contempt. Okay. Can they do that? Well, that's where my position is, that they would not be able to do that under the new lawsuit until a judgment has been entered because they chose to file a new lawsuit in which gives new rights and procedures to all the parties. Okay, but the judgment, a default judgment was entered. It didn't answer. But a default judgment wasn't entered. We only have an entry of default. In January of 2015, an entry of default was entered. No motion for default judgment was entered. No judgment has been entered against Howard Electrical in this case. So there's not been a ruling. But you did have a judgment in the earlier case. That they were trying to incorporate in the current case in which there's not been any ruling that there was a violation. Okay, so that's what you're saying. But you did default and you're saying the problem is that they did not enter a default judgment? Right. The problem is we don't have a judgment against Howard Electrical. And we could not file an entry. But why wouldn't you raise the question of whether there had actually been a default in connection with the contempt proceedings that Friedman said couldn't go forward because the woman wasn't a party to the earlier case? When you showed up for that contempt proceeding, you'd say, geez, Judge, I don't know what you're talking about. We paid. We don't owe anything. Your Honor, it hasn't gotten that far. But why shouldn't it get that far? Why shouldn't we just say, you're wrong, you can hold the corporate party, you can hold the corporate officer in contempt, Gary's electric, and you figure it out? Because my position would be that under 55B, when you enter a default, that it's up to the court to make a determination that the truth of the allegations and the evidence meets the law. Right, but that's a different argument. The judge never got that far because he said you can't find her in contempt. Right, because there wasn't a judgment, and they weren't asking to enforce the decree. He didn't say because there wasn't a judgment, did he? He said because she wasn't a party to the earlier case. And that seems to be completely contrary to our precedent. But my position on that statement is the court was telling the appellants, she's not a party here, she's not a party there. You did not file a contempt of court action against the corporation. Instead, they filed a contempt against her individually. And even under Gary Electric, in that case, they found that the corporation first was in violation before they were able to pull in the corporate officer for a violation. So then there would be another step, that's all. The judge would say they're in default, no one's answered, I'm granting relief against the corporation, and I'm issuing a show cause. And it would allow, potentially, yes. And I would at least like to point to the court that the reason why there has not been an answer filed in this case is because we were not aware that this case had been open until the appeal was received. And once the appeal was received, we're not able to do so. No, we're barred from being able to file anything while it's up on appeal. You're not what? We haven't been able to file anything because of the appeal. All right. Thank you very much. Thank you, Your Honors. Your rebuttal. Opposing counsel said the company's not operational. There's nothing in the record about this. A few days before today's argument, the company sent some letters to the local unions saying that it was in discussions to sell its assets to another company. I have no idea whether that's gone forward or what's happening with that. I'm not aware that the company has declared bankruptcy or dissolved as a corporation or anything. To our knowledge, it's still an operating company, and it will have a bill due on February 15th for January's work. So we may be in the same situation where we're seeking contempt, hopefully not, but seeking contempt for nonpayment. But how is it worth all of this? I mean, we would gladly accept this. You'd be able to resolve this for not that much, and you're incurring more fees here. I concur. I mean, we would love to. If we could accept the attorney's fees and have the company pay that into the trust fund by agreement, we would happily do that. I don't think that's ever going to happen voluntarily. Well, she says that she's talked to you about that, and you don't want to talk about them paying you the attorney fees. Is that wrong? I think there's a misunderstanding there. I received an e-mail a few days ago before the argument saying, asking us to dismiss our appeal with no payment of attorney's fees because they said we weren't entitled to any relief. So there has not been an offer to pay any attorney's fees whatsoever, which kind of confirms my suspicion that they're not going to do it voluntarily. And, again, the Board of Trustees in ERISA has... Have you been contacted by the circuit mediator in this case? No. But, again, to my knowledge, the company is still operational, still doing work under the collective bargaining agreement. It may be that they do start making their contributions timely despite the history of this. But even if it is just attorney's fees, the comment was made this is just about attorney's fees, again, CERF's Board of Trustees is not only advisable for to collect money, but it has a fiduciary obligation to collect the money. They don't owe contributions unless work is being done, right? The contribution amount is based on hours worked by the covered employees. That's correct. So if they're not working for whatever reason, as Ms. Holt says, then they won't owe any monies on February 15th. Well, the letter that we received said they intended to stop working at the end of January, so they've been working through January, and that bill will come due February 15th. But, again, I don't know if they've stopped working or not. I mean, again, just a few days before today's argument, we got a letter saying what the company intended to do. So I don't know what that means, and they haven't filed anything to put it before the court. So I can only respond to the letter I got. So if they pay you the fees that you incurred in the past in having to go to court to get them to pay, then are you satisfied? Does that end this, assuming they make the February 15th payment and they go out of business? Yes. Assuming they make all the payments for the work that's being done through January or going forward, then yes. Then that should resolve it. I assume my client would be satisfied with that because that's – if there are some incidental expenses. How about you ask them and call her? Well, because – and I'd be happy to do that, but we've been told by email that they don't intend – that they want us to dismiss the appeal with no payment. Well, that was before they heard us. Well, I'd be happy to make a phone call or ask my law partner to do that because I agree that, you know, we shouldn't have a huge amount of litigation, but this is what SURF has been going through with this company for years. Until we put the pressure on through the legal system, we just can't get any response. And so that's why we're trying to keep the option open for civil contempt. One last point about the notice and the complaint. We think it was clear from the complaint that SURF was seeking enforcement of the injunction. That's why it was attached and incorporated by reference into the complaint. But certainly at the point – Well, I'm confused there. I thought somebody said earlier that the complaint – that the judgment in the earlier case was attached, but not the permanent injunction? Is that wrong? The permanent injunction was attached to the complaint in this docket number. Okay. So the argument then apparently is whether you use the magic words of whether you were trying to enforce something that was attached. That's right. So why else would you attach it if you weren't trying to enforce it? Well, that's our point, but just the additional point is by the time that we started filing the motions for show cause, I mean, those did have the magic language and those were served upon Ms. Howard. District Court, please hold a show cause hearing and hold Ms. Howard in civil contempt for failing to abide by the injunction. So there's no question that Ms. Howard had notice of what was going on. Thank you. Thank you very much. And the case is submitted.